

**COMPOSITE EXHIBIT "A"**





























