

**COMPOSITE EXHIBIT "B"**





