**Surface Media LLC**

3921 Alton Rd, Ste 413
Miami Beach, FL  33140
accounting@surfacemedia.com

# SURFACE

## INVOICE

| BILL TO | | | |
|---|---|---|---|
| Steven Victor | | INVOICE | 3323 |
| William Victor Management | | DATE | 01/07/2022 |
| stevenvictor@me.com | | TERMS | Due on receipt |
| | | DUE DATE | 01/07/2022 |

SURFACE CONTACT
CC

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/07/2022 | Surface Area | Space Rental Fee (25 days)<br>50% due on receipt; remaining 50% due 1/31/2022 | 125,000.00 |
| 01/07/2022 | Surface Area | Moving Expenses | 20,000.00 |
| 01/07/2022 | Surface Area | Office Chairs x 4 | 813.00 |

**BALANCE DUE**  **USD 145,813.00**

IF PAYING BY CHECK, PLEASE SEND PAYMENTS TO:
PO Box 21044, New York, NY 10087-1044

IF PAYING BY WIRE OR ACH:
Please send remittance advice to accounting@surfacemedia.com
Bank Name: JP Morgan Chase
Bank Address: 270 Park Avenue, New York, NY 10017
Account Name: Surface Media LLC
Account Number: 828737150
Routing Number: 021000021
SWIFT Code: CHASUS33

Page 1 of 1


EXHIBIT "C"